**Exhibit A to the Complaint**

**Location:** Plainview, NY

**Total Works Infringed:** 30

**IP Address:** 72.80.203.212

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 13FFDD00D2E03C6F103DB775A870C2B0BD35070E<br>File Hash:<br>BA1D17B93910549041492B97BC99680E2331C865470595B3F9F0FCE3FD30F908 | 05-21-2022 17:59:50 | Tushy | 05-31-2017 | 06-22-2017 | PA0002039299 |
| 2 | Info Hash: 79ACDB211912A918F2CB98666BAEC68D42964C4D<br>File Hash:<br>0937E66E724DB2357D1909FF3F3F9CE6546ACA9C9B6D19BF75D871B69885B5D1 | 05-21-2022 17:50:06 | Vixen | 06-08-2017 | 07-07-2017 | PA0002070832 |
| 3 | Info Hash: AD933E840736F6260DFC53A15971A456787767C9<br>File Hash:<br>F9E135D18D55F38F639A38220695F066D60815299ACFE0DDB3921F13C5C89D94 | 05-21-2022 17:30:02 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 4 | Info Hash: 502A4328F01635F003ABC25667CD56E0ACEF67F8<br>File Hash:<br>A0A1C40524F7CB983DE9B9F87BB347EA335D6BFB55C8DAE91B2CC62F7CDD9634 | 05-21-2022 17:10:40 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 5 | Info Hash: 489DB267C55395E44EC326BB587141F742BEF361<br>File Hash:<br>E5446D85B9235FF52A49B895639612EF640BABF28653737C23381058BA952378 | 05-21-2022 16:02:22 | Tushy | 12-27-2017 | 01-23-2018 | PA0002101754 |
| 6 | Info Hash: E1F5A11A84063F8412BC8E866814F7D0DE2897D0<br>File Hash:<br>2DFABAD5D3586DB3460C66F6E7C9851FD44F998EB6EF1FEDEE8AC9C584277B80 | 05-15-2022 14:50:23 | Tushy | 01-21-2018 | 02-20-2018 | PA0002104191 |
| 7 | Info Hash: A6A12EB0ACE4CC1800218A42291A1AA85EB72D1C<br>File Hash:<br>685317998916254282DFA034D44956E56FD0D0DCFBCF34E8CA6E41AC13CF9D7F | 05-14-2022 21:52:23 | Vixen | 04-29-2017 | 06-15-2017 | PA0002037568 |
| 8 | Info Hash: CD565BEF49D3A5122BEF59A4425BDEBE8C5E9B05<br>File Hash:<br>342EB471A11F2AD6B358905BF7AA09A374E2C1F53773D0627C2FAD32029D864B | 05-14-2022 21:40:56 | Vixen | 07-18-2017 | 08-10-2017 | PA0002046875 |
| 9 | Info Hash: 84D00D2726680643D60942151C2D530ABE7720AD<br>File Hash:<br>9506CE614E169AFBCA26B6AFDE1E3395C493CDF7D5E469136138FD1925DD21B0 | 05-14-2022 21:40:12 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 10 | Info Hash: 5F8A6723E2F442CFA27B24FD9AA8EA8FEC53C416<br>File Hash:<br>52DBA641D1A9CC85D84B6C8ED9901DFB6E27606F7D0CCF1C0BFBF1640380A85D | 05-14-2022 21:38:39 | Vixen | 11-15-2018 | 12-10-2018 | PA0002145829 |
| 11 | Info Hash: D089BB27F113F62989CF44E391964D843D0EF73B<br>File Hash:<br>BD18488593BB6E1E29C9E8A1CDF74F9B9161EB9A362C4DA2FF703ABA9477DE59 | 05-14-2022 21:34:28 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 82B0B0284BE48A50938D3020E7906D506DD3379A<br>File Hash:<br>9DB0F36A63DCFD9AE363B6DF1B4CFEC612FBE8AC7D9A1898965D90694B40EF28 | 05-14-2022 21:34:25 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 13 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash:<br>3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 05-14-2022 21:34:13 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 14 | Info Hash: B3C0FDF6D0FEF30F71549E1399500D6A932FAD19<br>File Hash:<br>F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 05-14-2022 18:26:24 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 15 | Info Hash: 4E7F2F93BD5EB1A8C5B4A71DC0B81F6526EBEB00<br>File Hash:<br>B73493E0F474B230E54BB090FD634979C85DF6F5029F0361FEF5108F3D75A8AC | 05-14-2022 18:24:30 | Tushy | 07-05-2017 | 07-06-2017 | PA0002041555 |
| 16 | Info Hash: 83C10AC3DC9C9413F496041CEB8C6179D6988EFA<br>File Hash:<br>E84F55F2C80B73918BAA690307D345546CA419A098701E1835E4CA41A03BA11D | 05-14-2022 18:10:46 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 17 | Info Hash: 609907DC345C8704CB071BC1A3E3364290427595<br>File Hash:<br>12F55FE366D759A9E9C67611FE2E065FDD09C92AE08712A2209A882F4DD0C8A7 | 04-11-2022 18:31:12 | Vixen | 08-12-2017 | 08-17-2017 | PA0002048373 |
| 18 | Info Hash: 634381318D1D22169D9CBA70B16D54632B3BD101<br>File Hash:<br>5C6D3F82799EFCC20BDC9269CD20A9F96233256319CFE8830C6D2A9CAA1E4AD0 | 03-28-2022 00:32:56 | Vixen | 10-26-2017 | 12-04-2017 | PA0002098029 |
| 19 | Info Hash: 777088FD9D97AC7C49A2CC0CDBB6EAC8C0C7FC84<br>File Hash:<br>37C1FD42C5D8BACA7529DB15C5A4BD4A5FC8EF656DA2416EBC9252137881C26E | 02-27-2022 18:45:23 | Tushy | 01-11-2020 | 02-03-2020 | PA0002236483 |
| 20 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash:<br>7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 02-26-2022 01:06:55 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |
| 21 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash:<br>5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 01-30-2022 15:54:32 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 22 | Info Hash: EEDC8FEA008F5D9E81DFB3EBB0631C07F8252A3D<br>File Hash:<br>B0509E911434D8F8E6B598A2833A35C7D51C96F002FBCD8BC781AEB49FFEC6C6 | 01-21-2022 00:21:54 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |
| 23 | Info Hash: 2299E03CACE635B89FD3491F200B9D4EA1D10008<br>File Hash:<br>4B281D2DBA397D50FD59333F8A5D01FF21C057D816BB54713FAAA67BCC19A0D9 | 01-03-2022 19:02:28 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 61EE231D16FDEAC851C1C6A783264B6AEBE45095<br>File Hash:<br>6ABF189D78B381D2DF6ABBF740F3D9031CAD42D9CC6EA499736EDA8A3920541F | 12-21-2021 22:15:38 | Vixen | 09-06-2017 | 09-15-2017 | PA0002052844 |
| 25 | Info Hash: 597A68BEF38F17FE4F779C6408EA4F4CA0B8B361<br>File Hash:<br>A83084FEF88410677D300C23064178D200D8D5638DE644CED3C9BA09BB512D35 | 11-24-2021 23:04:05 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 26 | Info Hash: 16964274EEF2DEB09294CF8A21B1AFBB9CC70842<br>File Hash:<br>E1E282B1BD1C120CD2CCB60803E8E08E14EC9C2D723967F916AA9A73308D4BF3 | 11-22-2021 22:35:57 | Tushy | 01-11-2019 | 01-22-2019 | PA0002147904 |
| 27 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash:<br>C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 11-16-2021 23:56:38 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 28 | Info Hash: 22E756AB10195C299D4EF6CDE019BC534B8A8E62<br>File Hash:<br>D8B6C71B397F72973249127DBAB9D350C40C2FE7C334C10F818AE8833AF48BA9 | 11-16-2021 23:54:06 | Tushy | 06-20-2018 | 08-07-2018 | PA0002132405 |
| 29 | Info Hash: 5031CF1F96C7661508783CCE855955FE11D34630<br>File Hash:<br>FDAB31AA4417986AE9D5DB4BA49E78E34AD6D623A061045592B4DD48D71B6139 | 11-08-2021 22:50:58 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 30 | Info Hash: 2D8F62F7FF311B044E680A52D3370AFF4CF148F2<br>File Hash:<br>5C05697410A05ECD7B85A4FD4BE1C0A1574247CC09583C8BE73754C07308656D | 10-19-2021 02:49:35 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |